| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Vernon R. Yancy, Esq.**<br>**Law Offices of Vernon R. Yancy**<br>**3250 Wilshire Blvd., Ste. 1500**<br>**Los Angeles, CA 90010-1608**<br>**(213)480-0200 Fax:  (213)388-2411**<br>**VRYancy@yancylaw.com**<br>California State Bar Number: 219891<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 05 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**NOT FOR PUBLICATION**
**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br><br>**Valaura Keirra Baker**<br><br><br><br><br>Debtor(s). | CASE NO.: **2:16-BK-24202-RK**<br>CHAPTER: **7**<br><br>ORDER: ☐ ~~GRANTING~~ ☐ ~~DENYING~~ <u>ON</u><br>MOTION TO AVOID LIEN   UNDER 11 U.S.C. § 522(f)<br>AND, IF APPLICABLE, FOR TURNOVER OF<br>PERSONAL PROPERTY<br><br>☒ No hearing held<br>☐ Hearing held<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS:: |

**Creditor Holding Lien to be Avoided** (*name*):  **12300 Sherman Way, LLC**

The Motion was:    ☐ Opposed            ☒ Unopposed            ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor moved to avoid lien(s) on personal property claimed to be exempt, with respect to creditor.   The court finds and orders as follows:

1. ☐ Notice of this motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

3. Motion granted **in part as to the collateral described in the Motion and denied in part as to collateral not described in the Motion:**

    a. ☐ The lien(s) sought to be avoided are non-purchase money security interests in one or more of the types of personal property listed in 11 U.S.C. § 522(f)(1)(B)(i), (ii), or (iii) and the fixing of those lien(s) impairs the Debtor's exemptions as set forth in the Motion.

    b. ☒ The lien(s) sought to be avoided are judicial liens, other than a judicial lien that secures a debt of a kind that is specified in section 523(a)(5) (domestic support obligations), and the fixing of those lien(s) impairs the Debtor's exemptions as set forth in the Motion.

4. Unless otherwise ordered, any claim(s) that were secured by the avoided lien(s) **in the collateral described in the motion, which was only $10.00 in prepetition cash and $123.00 in prepetition funds in debtor's checking account at U.S. Bank, Account No. x-xxx-xxxx-7400** are to be treated as general unsecured claim(s) and are to be paid pro rata with all other unsecured claims, **and the lien is not avoided as to any other collateral subject to this judicial lien.**

5. Motion denied on the following grounds:    ☐ With Prejudice    ☐ Without Prejudice

    a. ☐ Insufficient notice

    b. ☐ Failure to comply with FRBP 7004(b)(3) and Calif. Code of Civil Procedure § 416.10 for corporations

    c. ☐ Failure to comply with FRBP 7004(h).

    d. ☐ Insufficient evidence of the exempt status of the property in question

    e. ☐ Other (*specify*):_____

6.    a. ☐ Turnover of the personal property is required under 11 U.S.C. §§ 542 or 543.

    b. ☒ The court further orders as follows (*specify*):    **The judicial lien is only avoided as to the collateral described in the Motion and is not avoided as to collateral not described in the Motion since such non-described collateral is not before the court.**

    ☐ See attached page

###

Date: June 5, 2017

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2**F 4003-2.2.AVOID.LIEN.PP.ORDE**